UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                  Case No. 25-11707

ZACHARY EHRLICH                                                          Chapter 13

        Debtor
-------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Upon the motion, dated September 3, 2025, (the "Motion") of Boris Komarov, for an order, pursuant to 11 U.S.C. § 362(d), vacating the automatic stay imposed in this case as to Mr. Komarov's interest in the property at 8 West 65th Street Apt 3A, New York, NY 10023 (the "Property") [ECF No. 13]; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on October 9, 2025; and after due deliberation and sufficient cause appearing, it is hereby;

      **ORDERED**, that the Motion is granted as provided herein; and it is further;

      **ORDERED**, that the automatic stay imposed in this case by 11 U.S.C. § 362(a) is vacated under 11 U.S.C. § 362(d)(1) as to Mr. Komarov's interests in the Property; and it is further

      **ORDERED**, that the relief sought in the Motion pursuant to 11 U.S.C. § 362(d)(4) is denied.



**Dated: October 17, 2025**
**New York, New York**

/s/ Philip Bentley
_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**

1