

# THE YITZHAK LAW GROUP

ERICA T. ITZHAK, MANAGING ATTORNEY                                                          ATTORNEYS AT LAW

December 9, 2025

**VIA PACER:**

Hon. John P. Mastando III
SDNY - Manhattan
1 Bowling Green
New York, New York 10004

Re: Zachary Ehrlich – Case No.: 25-11707

Dear Hon. Mastando:

Please allow this letter to serve as consent of the trustee's office and debtor's counsel to the adjournment of the confirmation hearing has been adjourned from December 18, 2025 to February 19, 2026 at 10 A.M.

Please feel free to contact my office should you have any questions.

Very truly yours,

/s/ *Erica T. Itzhak, Esq.*
Erica T. Itzhak, Esq.

EI/js