BODNER LAW PLLC
Jonathan S. Bodner, Esq.
55 Cherry Lane, Suite 101
Carle Place, New York 11514
(t) 516-444-3923
jbodner@bodnerlawpllc.com
*Attorneys for Cedar Grove Capital*
*Partners and Aaron Gorin*

Hearing Date: January 15, 2026 at 9:00 a.m. (EST)
Objection Deadline:  January 8, 2026

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    Zach Ehrlich,<br><br>                                      Debtor. | Chapter 13<br><br>Case No.: 25-11707-jpm |

**NOTICE OF HEARING ON CEDAR GROVE CAPITAL PARTNERS**
**AND AARON GORIN'S  MOTION TO DISMISS BANKRUPTCY CASE**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable John P. Mastando III, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York, New York 10004-1408, ***by ZOOM for Government***, on **January 15, 2026 at 9:00 a.m. (EST),** or as soon thereafter as counsel may be heard, upon the motion (the "Motion") of Cedar Grove Capital Partners ("Cedar Grove") and Aaron Gorin for the entry of an order dismissing the debtor Zach Ehrlich's (the "Debtor") chapter 13 case pursuant to 11 U.S.C. § 1307(c) and 11 U.S.C. § 109(e), and for such other relief as determined by the Court.

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, shall be made in writing, state with particularity the grounds supporting the objections, and be filed with the Court and served on Cedar Grove and Aaron Gorin's attorney, Bodner Law PLLC, attn: Jonathan Bodner Esq., 55 Cherry Lane, Suite 101, Carle Place, New York 11514, jbodner@bodnerlawpllc.com, no later than seven (7) days prior to the Motion hearing date.

1

**PLEASE TAKE FURTHER NOTICE** that this hearing shall take place virtually using *ZOOM for Government*. Parties that wish to appear at the hearing are required to register their appearance by 4:00 p.m. (EST) the business day prior to the scheduled hearing by utilizing the Electronic Appearance Portal https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl located on the Court's website.

Dated:  December 11, 2025

                                         Respectfully submitted,

                                         BODNER LAW PLLC

                                    By: /s/
                                         Jonathan S. Bodner, Esq.
                                         55 Cherry Lane, Suite 101
                                         Carle Place, New York 11514
                                         (516) 444-3923
                                         jbodner@bodnerlawpllc.com
                                         *Attorneys for Cedar Grove Capital*
                                         *Partners and Aaron Gorin*