BODNER LAW PLLC
Jonathan S. Bodner, Esq.
55 Cherry Lane, Suite 101
Carle Place, New York 11514
(t) 516-444-3923
jbodner@bodnerlawpllc.com
*Attorneys for Cedar Grove Capital*
*Partners and Aaron Gorin*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 13 |
| Zach Ehrlich, | : |
| | : Case No.: 25-11707-jpm |
| Debtor. | : |
| | : |

**CEDAR GROVE CAPITAL PARTNERS AND AARON GORIN'S OBJECTION**
**TO CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Cedar Grove Capital Partners and Aaron Gorin, by their attorneys, object to confirmation of the debtor Zach Ehrlich's (the "Debtor") proposed chapter 13 plan filed at docket number 11 (the "Plan").

On December 11, 2025, Cedar Grove Capital Partners and Aaron Gorin filed a motion at docket number 23 to dismiss the Debtor's chapter 13 case pursuant to 11 U.S.C. § 1307(c) and 11 U.S.C. § 109(e) on the grounds that the Debtor's unsecured debts exceed the non-contingent liquidated unsecured debt cap for a chapter 13 debtor. The facts alleged and arguments raised in the motion are incorporated herein by reference as if set forth at length.

For the reasons set forth in the motion, Cedar Grove Capital Partners and Aaron Gorin submit that the Debtor's Plan is not confirmable under 11 U.S.C. § 1325(a)(1), confirmation should be denied, and this chapter 13 case should be dismissed.

1

Cedar Grove Capital Partners and Aaron Gorin reserve the right to supplement or amend their objection, including based on any other grounds which render the Plan unconfirmable, prior to or at a confirmation hearing.

Dated:  December 11, 2025                             Respectfully submitted,

                                              BODNER LAW PLLC

                                        By: /s/
                                              Jonathan S. Bodner, Esq.
                                              55 Cherry Lane, Suite 101
                                              Carle Place, New York 11514
                                              (516) 444-3923
                                              jbodner@bodnerlawpllc.com
                                              *Attorneys for Cedar Grove Capital*
                                              *Partners and Aaron Gorin*